IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| WILLIAM MEAR and | ) Case No. 15 B 26868 |
| COLLENE MEAR | ) Hon. CAROL A. DOYLE |
| | ) Chapter 7 |
| Debtors | ) |

## CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE, that I , Allan J. DeMars, trustee in bankruptcy, pursuant to Local Rule 2002-2, on May 25, 2016 mailed a copy of the Notice of Final Report (NFR) to the following:

William Mear
Collene Mear
4348 Prospect Avenue
Western Springs, IL 60558

Justin R. Storer, attorney for the debtor
Lakelaw
53 W. Jackson Boulevard
Chicago, IL 60604

Illinois Department of Revenue
Bankruptcy Section
PO Box 64338
Chicago, IL 60664-0338

Quantum3 Group LLC, agent
PO Box 788
Kirkland, WA 98083-0788

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Jefferson Capital Systems, LLC
PO Box 7999
St. Cloud, MN 56302-9617

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541


   /s/ Allan J. DeMars
Trustee in Bankruptcy


Allan J. DeMars
Spiegel & DeMars
19 S. LaSalle St. - Suite 902
Chicago, IL 60603