# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: WILLIAM MEAR and COLLENE MEAR §
§ Case No. 15-26868
§ Hon. CAROL A. DOYLE
§ Chapter 7

Debtor(s)

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ALLAN J. DeMARS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $503.00 | Assets Exempt: | $130,900.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $7,895.52 | Claims Discharged Without Payment: | $88,857.79 |
| Total Expenses of Administration: | $3,720.48 | | |

3) Total gross receipts of $11,616.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $11,616.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $3,720.48 | $3,720.48 | $3,720.48 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $5,300.00 | $3,905.67 | $3,905.67 | $3,905.67 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $119,575.34 | $28,584.97 | $28,584.97 | $3,989.85 |
| **TOTAL DISBURSEMENTS** | $124,875.34 | $36,211.12 | $36,211.12 | $11,616.00 |

4) This case was originally filed under chapter  7  on 08/06/2015 .
The case was pending for    12   months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/22/2016                          By: /s/ ALLAN J. DeMARS
                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| right, title and interest in personal property | 1129-000 | $10,000.00 |
| 2013 tax refund | 1224-000 | $1,616.00 |
| **TOTAL GROSS RECEIPTS** | | **$11,616.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NONE | | | $0.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NONE | | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

Case 15-26868    Doc 40    Filed 07/27/16    Entered 07/27/16 14:28:52    Desc Main
Document    Page 4 of 9

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| WELLS FARGO | 2600-000 | N/A | $58.85 | $58.85 | $58.85 |
| Arthur B. Levine Co. | 2300-000 | N/A | $7.46 | $7.46 | $7.46 |
| Allan J. DeMars | 2100-000 | N/A | $1,911.60 | $1,911.60 | $1,911.60 |
| Allan J. DeMars | 2200-000 | N/A | $32.57 | $32.57 | $32.57 |
| Allan J. DeMars | 3110-000 | N/A | $1,710.00 | $1,710.00 | $1,710.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | $3,720.48 | $3,720.48 | $3,720.48 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NONE | | N/A | $0.00 | $0.00 | $0.00 |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Illinois Dept of Revenue | 5800-000 | $2,800.00 | $2,392.69 | $2,392.69 | $2,392.69 |
| 3 | Internal Revenue Service | 5800-000 | $2,500.00 | $1,512.98 | $1,512.98 | $1,512.98 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $5,300.00 | $3,905.67 | $3,905.67 | $3,905.67 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Illinois Dept of Revenue | 7300-000 | $0.00 | $373.80 | $373.80 | $0.00 |
| 2 | Quantum Group LLC | 7100-000 | $656.67 | $693.88 | $693.88 | $99.48 |
| 3 | Internal Revenue Service | 7300-000 | $0.00 | $382.24 | $382.24 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | Jefferson Capital Systems LLC | 7100-900 | $3,590.18 | $3,590.18 | $3,590.18 | $514.73 |
| 5 | Jefferson Capital Systems LLC | 7100-900 | $10,041.19 | $10,041.19 | $10,041.19 | $1,439.61 |
| 6 | Portfolio Recovery Assoc | 7100-900 | $641.77 | $1,698.90 | $1,698.90 | $243.57 |
| 7 | Portfolio Recovery Assoc | 7100-900 | $32,151.80 | $3,290.15 | $3,290.15 | $471.71 |
| 8 | Portfolio Recovery Assoc | 7100-900 | $4,413.82 | $4,561.81 | $4,561.81 | $654.03 |
| 9 | Portfolio Recovery Assoc | 7100-900 | $3,817.24 | $3,952.82 | $3,952.82 | $566.72 |
| | 7 scheduled creditors with no claim filed | | $64,262.67 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $119,575.34 | $28,584.97 | $28,584.97 | $3,989.85 |

EXHIBIT "A" FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Case No.: 15-26868

Trustee Name: Allan J. DeMars

Case Name: WILLIAM MEAR and COLLENE MEAR

Date Filed (f) or Converted (c): 8/6/15 (F)

For Period Ending: 3/31/16

§341(a) Meeting Date: 9/17/15

Claims Bar Date: 12/21/15; GOVT 2/2/16

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) Ref # | | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§ 554(a) abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | checking accounts | 0.00 | 0.00 | | 0.00 | FA |
| 2 | household goods | 2,000.00 | 0.00 | | 0.00 | FA |
| 3 | books, dvds | 400.00 | 0.00 | | 0.00 | FA |
| 4 | wearing apparel | 500.00 | 0.00 | | 0.00 | FA |
| 5 | jewelry, wedding set | 7,500.00 | 5,900.00 | | 5,900.00 | FA |
| 6 | treadmill; sports gear | 1,500.00 | 1,500.00 | | 1,500.00 | FA |
| 7 | term life insurance | 0.00 | 0.00 | | 0.00 | FA |
| 8 | 401k | 100,000.00 | 0.00 | | 0.00 | FA |
| 9 | pension | 20,000.00 | 0.00 | | 0.00 | FA |
| 10 | S-corp; Ccompass Finishing, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 11 | savings bonds in kids names | 500.00 | 0.00 | | 0.00 | FA |
| 12 | 2003 GMC Yukon XL | 2,000.00 | 2,000.00 | | 2,000.00 | FA |
| 13 | 2004 Lincoln Navigator | 3,000.00 | 600.00 | | 600.00 | FA |
| 14 | three dogs | 3.00 | 0.00 | | 0.00 | FA |
| 15 | 2013 federal tax refund (u) | 1,616.00 | 1,616.00 | | 1,616.00 | FA |

TOTALS (Excluding unknown values)         11,616.00          11,616.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing: sale of right, title and interest in items 5,6,12 and 13 for $10,000, payable in installments; resolution of IRS tax claim

**EXHIBIT A @ - FORM 2**
**CASH RECEIPTS AND DISBURSEMENT RECORDS**

Case No.: 15- 26868  
Case Name: WILLIAM MEAR and COLLENE MEAR  
Taxpayer ID#: xx-xxx2372  
For Period Ending: 3/31/17  

Trustee's Name: Allan J. DeMars  
Bank Name: WELLS FARGO  
Initial CD #: CDI  
Blanket bond (per case limit): 5,000,000  
Separate bond (if applicable):  
Checking acct#: xxxxxx6829  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | CHECKING ACCT BALANCE |
| 11/9/15 | Ref 5 | debtors | installment payment for right, title and interest in non and partially exempt personal property; see Docket 26 | 1129-000 | 2,500.00 | | 2,500.00 |
| 11/17/15 | | Wells Fargo | check printing charge | 2600-000 | | 41.85 | 2,458.15 |
| 12/2/15 | Ref 5 | debtors | installment payment for right, title and interest in non and partially exempt personal property; see Docket 26 | 1129-000 | 2,500.00 | | 4,958.15 |
| 1/8/16 | Ref 5,6,12 | debtors | installment payment for right, title and interest in non and partially exempt personal property; see Docket 26 | 1129-000 | 2,500.00 | | 7,458.15 |
| 1/3/16 | | Wells Fargo | bank service charge | 2600-000 | | 5.00 | 7,453.15 |
| 2/12/16 | Check 1001 | Arthur B. Levine Co. | bond premium | 2300-000 | | 7.46 | 7,445.69 |
| 2/17/16 | Ref 12,13,15 | debtors | installment payment for right, title and interest in non and partially exempt personal property; see Docket 26 plus turnover of 2013 tax refund | 1129-000 $2,500.00<br><br>1224-000 $1,616.00 | 4,116.00 | | 11,561.69 |
| 2/29/16 | | Wells Fargo | bank service charge | 2600-000 | | 7.00 | 11,554.69 |
| 3/31/16 | | Wells Fargo | bank service charge | 2600-000 | | 5.00 | 11,549.69 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | CHECKING ACCT BALANCE |
| 6/22/16 | Check 1002 | Allan J. DeMars | trustee fees | 2100-000 | | 1,911.60 | 9,638.09 |
| 6/22/16 | Check 1003 | Allan J. DeMars | expenses | 2200-000 | | 32.57 | 9,605.52 |
| 6/22/16 | Check 1004 | Allan J. DeMars | attorney's fees | 3110-000 | | 1,710.00 | 7,895.52 |
| 6/22/16 | Check 1005 | Illinois Dept of Revenue | tax claim 507a8 | 5800-000 | | 2,392.69 | 5,502.83 |
| 6/22/16 | Check 1006 | Internal Revenue Service | tax claim 507a8 | 5800-000 | | 1,512.98 | 3,989.85 |
| 6/22/16 | Check 1007 | Quantum Group LLC agent for MOMA Funding | 726a2; 14.33705% | 7100-000 | | 99.48 | 3,890.37 |
| 6/22/16 | Check 1008 | Jefferson Capital Systems LLC | 726a2; 14.33705% | 7100-900 | | 514.73 | 3,375.64 |
| 6/22/16 | Check 1009 | Jefferson Capital Systems LLC | 726a2; 14.33705% | 7100-900 | | 1,439.61 | 1,936.03 |
| 6/22/16 | Check 1010 | Portfolio Recovery Associates LLC | 726a2; 14.33705% | 7100-900 | | 243.57 | 1,692.46 |
| 6/22/16 | Check 1011 | Portfolio Recovery Associates LLC | 726a2; 14.33705% | 7100-900 | | 471.71 | 1,220.75 |
| 6/22/16 | Check 1012 | Portfolio Recovery Associates LLC | 726a2; 14.33705% | 7100-900 | | 654.03 | 566.72 |
| 6/22/16 | Check 1013 | Portfolio Recovery Associates LLC | 726a2; 14.33705% | 7100-900 | | 566.72 | 0.00 |

```
                                           COLUMN TOTALS    11,616.00    11,616.00    0.00
                            Less: Bank transfers/CD
                             Subtotal
                            Less: Payments to debtor(s)
                            Net                             11,616.00    11,616.00    0.00

                                                                            NET
                         TOTAL - ALL ACCOUNTS            NET DEPOSITS    DISBURSEMENTS    BALANCES
                         Checking acct #xxxxxx6829         11,616.00      11,616.00        0.00
                         CD #CDI
                         Net                               11,616.00      11,616.00        0.00
```